UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-CV-11836-RWZ

MIRAKL, INCORPORATED

v.

VTEX COMMERCE CLOUD SOLUTIONS, LLC, et al.

MEMORANDUM & ORDER

October 4, 2021

ZOBEL, S.D.J.

Plaintiff Mirakl, Incorporated has filed claims against seven former employees and its competitor, VTEX Commerce Cloud Solutions, LLC, alleging breach of contract, misappropriation of trade secrets, and related claims. Before the court is plaintiff's second motion to compel a forensic protocol (Docket #81) and defendants' motion for appointment of an independent forensic examiner (Docket #78).

Given plaintiff's allegations of theft of trade secrets by defendant former employees now working for defendant VTEX, the discovery process has become difficult. To minimize the consequent intrusions on both parties' secrets, defendants have moved for the appointment of an independent forensic examiner to review defendants' electronic devices. (Docket #78). Plaintiff opposes. The motion is allowed.

On or before October 15, 2021, the parties shall submit to the court the name of one agreed upon proposed independent forensic examiner. If they are unable to agree, each party shall submit the name and qualifications of a proposed examiner. The parties shall attempt to determine the fair share of costs that each party shall bear.

1

Citing Federal Rules of Civil Procedure governing discovery and document production, plaintiff seeks to compel the entry of a forensic protocol (Docket #81).  On or before October 15, 2021, the parties shall submit a joint proposed protocol for the examiner, subject to the following.

a.  The relevant devices are the individual defendants' personal devices and the VTEX devices to which the individual defendants have access.

b.  Defendants shall produce images of the devices to the examiner.

c.  The examiner shall run agreed-upon search terms across the device images.

d.  The examiner shall review the device images that hit upon the search terms and identify any images containing plaintiff's trade secrets.

e.  Both parties' counsel may retain a copy of the images of any identified plaintiff's trade secrets for use in this litigation.

Defendants' motion for appointment of an independent forensic examiner (Docket # 78) is ALLOWED.  Plaintiff's second motion to compel a forensic protocol (Docket #81) is DENIED as moot.  All other discovery is STAYED pending the completion of the examiner's review.

____October 4, 2021____
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE