UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIRAKL, INCORPORATED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| VTEX COMMERCE CLOUD SOLUTIONS, LLC, TYLER GREFF, ANDREW BROWNELL, JEREMY BLANFORD, GEORGE JYH-WEI CHANG, JOSEPH LEE, TIMOTHY SHAWN COCHRAN, AND KEVIN GREGORY YEE, | ) ) ) ) ) ) ) Case No.  1:20-CV-11836-RWZ |
| Defendants. | ) ) |
| GEORGE CHANG, | ) |
| Plaintiff-in-Counterclaim, | ) ) |
| v. | ) ) |
| MIRAKL, INC. and ADRIEN NUSSENBAUM, | ) ) |
| Defendants-in-Counterclaim. | ) ) |

**JOINT MOTION FOR ORDER TO ENTER [PROPOSED] FORENSIC PROTOCOL**

Plaintiff Mirakl, Inc. and Defendants VTEX Commerce Cloud Solutions, LLC, Tyler Greff, Andrew Brownell, Jeremy Blanford, George Jyh-Wei Chang, Joseph Lee, Timothy Shawn Cochran, and Kevin Gregory Yee (collectively, "the Parties"), by and through their undersigned counsel, hereby jointly move the Court to enter the [Proposed] Forensic Protocol attached hereto as Exhibit 1.  *See* Ex. 1 ("Protocol").

As the Court directed during the hearing held on October 28, 2021 (Dkt. No. 98), the Parties have negotiated in good faith on this mutually agreeable Protocol to implement the Court's Order of October 4, 2021 (Dkt. No. 88) and instruct the independent forensic examiner appointed

thereunder. Only three points of disagreement between the Parties remain, identified in paragraphs 5, 6 and 10 of the attached Protocol. *See* Protocol, ¶¶ 5, 6, 10. The attached Protocol provides the Parties' proposed paragraphs covering each point, as well as their arguments in support of their proposed paragraphs.

| | |
|---|---|
| Dated: November 12, 2021 | Respectfully submitted, |
| /s/ *Danielle Y. Vanderzanden* | /s/ *Harvey J. Wolkoff* |
| Danielle Y. Vanderzanden (BBO #563933)<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>One Boston Place, Suite 3500<br>Boston, MA 02108<br>Telephone: (617) 994-5700<br>Facsimile: (617) 994-5701<br>danielle.vanderzanden@ogletree.com | Harvey J. Wolkoff (BBO# 532880)<br>Stacylyn M. Doore (BBO# 678449)<br>Gregg Badichek (BBO# 706270)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Huntington Avenue, Suite 520<br>Boston, MA 02199<br>Tel: (617) 712-7100<br>harveywolkoff@quinnemanuel.com<br>stacylyndoore@quinnemanuel.com<br>greggbadichek@quinnemanuel.com |
| Brandon D. Kemp (*admitted pro hac vice*)<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>The Heritage Building<br>621 N. Robinson Avenue, Suite 400<br>Oklahoma City, OK 73102<br>Telephone: (405) 546-3774<br>Facsimile: (405) 546-3775<br>brandon.kemp@ogletree.com | *Attorney for Defendants VTEX Commerce Cloud Solutions, LLC, Tyler Greff, Andrew Brownell, Jeremy Blanford, George Jyh-Wei Chang, Joseph Lee, Timothy Shawn Cochran, and Kevin Gregory Yee* |
| *Attorneys for Plaintiff Mirakl, Inc.* | |

## LOCAL RULE 7.1 CERTIFICATION

I certify that counsel for Defendants complied with the provisions of Local Rule 7.1 by conferring with counsel for Plaintiffs on November 12, 2021 with regard to the filing of this motion.

Dated:  November 12, 2021

/s/ *Harvey J. Wolkoff*
Harvey J. Wolkoff

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic copies will be sent to those indicated as non-registered participants on this the 12th day of November, 2021.

/s/ *Harvey J. Wolkoff*
Harvey J. Wolkoff