UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIRAKL, INCORPORATED, )<br>)<br>     Plaintiff, )<br>)<br>V. )<br>)<br>VTEX COMMERCE CLOUD )<br>SOLUTIONS LLC, TYLER GREFF, )<br>ANDREW BROWNELL, JEREMY )<br>BLANFORD, GEORGE JYH-WEI )<br>CHANG, JOSEPH LEE, TIMOTHY )<br>SHAWN COCHRAN, AND KEVIN )<br>GREGORY YEE, )<br>)<br>     Defendants. ) | Civil Action No. 1:20-CV-11836-RGS |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS'
COMPLIANCE WITH FORENSIC PROTOCOL AT DEFENDANTS'
SOLE EXPENSE OR, IN THE ALTERNATIVE, TO COMPEL
<u>DEFENDANTS' PRODUCTION OF ALL RELEVANT DEVICES</u>**

Pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure and Local Rule 7.1(b)(1), Plaintiff, Mirakl, Inc. ("Mirakl") respectfully moves the court to Compel Compliance With Forensic Protocol at Defendants' Sole Expense or, in the Alternative, to Compel Defendants' Production of all Relevant Devices, and to award Mirakl its attorney's fees and costs incurred presenting this Motion. Particularly, Mirakl requests that this court order Defendants to:

Deliver all ***"Relevance Devices"*** (or "***Device Images***" thereof) to the Examiner, the Berkeley Research Group ("BRG") for prompt examination at Defendants' sole expense or, in the alternative, that all ***Relevant Devices*** promptly be delivered to Cotton. Pursuant to the Protocol, such delivery must include, but may not be limited to:

(1) ***Device Images,*** rather than ***Processed Images***, of: the Lee USB and Lee MacBook; Blanford's cellular phone and MacBook Air; Brownell's two cellular phones and MacBook Air; Chang's cellular phone and Dell XPS 13; Cochran's cellular phone; Greff's cellular phone; Lee's cellular phones; Yee's cellular phone, Apple iPhone X, and MacBook Pro; and each VTEX Device accessed by any Individual Defendant [Protocol, ECF 100-1, at ¶ 1(d)];

(2) To the extent not otherwise identified herein, ***Device Images*** of any ***Device*** that was referenced in the Cotton Proposed Protocol Decl. [ECF 96] at ¶ 7(a) or in any Hit Listing Report ("HLR") that BRG delivered to counsel in this action including, but not limited to: the USB Attached SCSI (UAS) Compatible Device; Realtek USB 2.0 Card Reader; Motorola Android Phone XT1585; Samsung T3 USB; and the jenniferlee1427@gmail.com, which ***Devices*** are referenced in the Cotton Proposed Protocol Decl. [ECF 84] at ¶ 7(a) and the Cotton Protocol Compliance Decl. at ¶¶ 10-16;

(3) ***Device Images*** that a qualified computer forensics investigator has certified constitute ***Device Images*** as the Protocol defines that term of: Blanford's Jeremy.blanford@vtex.com.br and jeremy.blanford@vtex.com emails; Brownell's andrew.brownell@vtex.com, andrewjbrownell@gmail.com, and brownell1818@yahoo.com email accounts; Chang's george.chang@vtex.com, george.chang@vtex.com.br email accounts; Greff's tyler.greff@vtex.com.br and tyler.greff@gmail.com email accounts; Lee's joseph.lee@vtex.com.br and josephchiahsunlee@gmail.com email accounts; and Yee's kevin.yee@vtex.com.br, kevin.yee@vtex.com, kevinyee13@gmail.com, and kevinyee@sbcglobal.net email accounts.

In accordance with Local Rule 7.1(b)(1), simultaneously with this Motion, Mirakl files Memorandum in Support of Plaintiff's Motion to Compel Defendants' Compliance With Forensic Protocol at Defendants' Sole Expense or, in the Alternative, Defendants' Production of all Relevant Devices, Declaration of Danielle Y. Vanderzanden in Support of Plaintiff's Motion to Compel Defendants' Compliance With Forensic Protocol at Defendants' Sole Expense or, in the Alternative, Defendants' Production of all Relevant Devices, and Declaration of Benjamin R. Cotton in Support of Plaintiff's Motion to Compel Defendants' Compliance With Forensic Protocol at Defendants' Sole Expense or, in the Alternative, Defendants' Production of all Relevant Devices.

WHEREFORE, Mirakl respectfully requests that the court enter the attached [Proposed] Order compelling Defendants' compliance with the Protocol [ECF 100-1], at Defendants' sole expense, awarding Mirakl its attorney's fees and costs associated with this Motion, and providing Mirakl with such other and further relief the court deems appropriate.

Respectfully submitted,

**MIRAKL, INCORPORATED**

By its attorney,

/s/Danielle Y. Vanderzanden
Danielle Y. Vanderzanden (BBO #563933)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Telephone: (617) 994-5700
Facsimile: (617) 994-5701
danielle.vanderzanden@ogletree.com

Brandon D. Kemp (*admitted pro hac vice*)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The Heritage Building
621 N. Robinson Avenue, Suite 400
Oklahoma City, OK 73102
Telephone: (405) 546-3774
Facsimile: (405) 546-3775
brandon.kemp@ogletree.com

Dated: April 19, 2024

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

In accordance with Local Rule 7.1(a)(2) and 37.1(c), the undersigned certifies that on April 5, 2024, the parties conferred via Zoom videoconference regarding the matters addressed in this Motion and the accompanying Memorandum in an attempt in good faith to resolve and narrow the issues but were unable to reach an agreement.

*/s/ Danielle Y. Vanderzanden*
Danielle Y. Vanderzanden

## CERTIFICATE OF SERVICE

I, Danielle Y. Vanderzanden, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") this 19th day of April, 2024.

*/s/ Danielle Y. Vanderzanden*
Danielle Y. Vanderzanden